ings by the People of the State of New York against Noah Loder, Jr., and against Grace Williams. No opinions. Motions granted, unless appellants comply with terms stated in order. Orders filed.

PEOPLE, Respondent, v. LOMBARDO, Appellant. (Supreme Court, Appellate Division, Second Department. May 24, 1912.) Proceeding by the People of the State of New York against Larry Lombardo. No opinion. Judgment of conviction of the County Court of Kings County, and orders, affirmed.

PEOPLE, Respondent, v. LOVE, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Proceeding by the People of the State of New York against Robert Love.

PER CURIAM. Motion denied, on condition that the appellant serve his case on appeal within five days, place it upon the next calendar of this court, and be ready for argument when reached; otherwise, motion granted.

PEOPLE, Respondent, v. McCARTHY, Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Proceeding by the People of the State of New York against James Q. McCarthy. W. C. Fielding, for appellant. S. L. Richter, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. MacDONALD, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) Proceeding by the People of the State of New York against Raymond MacDonald.

PER CURIAM. Judgment of County Court and judgment of Court of Special Sessions reversed, on the ground that the court committed reversible errors in the exclusion of evidence offered on the part of the defendant for the purpose of showing that he did not willfully drive his automobile against the horse of Van Ness.

McLENNAN, P. J., and ROBSON, J., dissent.

PEOPLE, Respondent, v. MALFETTI, Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Proceeding by the People of the State of New York against Domenick Malfetti. C. L. Jordan, for appellant. R. C. Taylor, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE v. METROPOLITAN SURETY CO. BAUER, Respondent, v. YAWGER, Appellant. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Proceeding by the People of the State of New York against the Metropolitan Surety Company. In the matter of Leonhard Bauer, doing business as the L. Bauer Iron Works, claimant, against John F. Yawger, as receiver of the Metropolitan Surety Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, without costs, on authority of People v. Metropolitan Surety Co. and Fleet v. Yawger, decided by the Court of Appeals, 98 N. E. 412.

KELLOGG and HOUGHTON, JJ., dissent, on the ground that the rights of the claimant were fixed through the lien prior to the insolvency of the surety company.

PEOPLE v. MILLER. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Proceeding by the People of the State of New York against Bessie Miller. No opinion. Motion granted. Order filed.

PEOPLE v. RETAMOSE. (Supreme Court. Appellate Division, First Department. June 7, 1912.) Proceeding by the People of the State of New York against Philip Retamose. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. SCOTTA, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Proceeding by the People of the State of New York against Pasquale Scotta. No opinion. Motion denied, on condition that the appellant perfect his appeal, place the case upon the next calendar of this court, and be ready for argument when reached; otherwise, motion granted.

PEOPLE, Respondent, v. SHERMAN, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Proceeding by the People of the State of New York against Charles Sherman.

PER CURIAM. Order reversed, writ granted, and prisoner discharged, on the authority of People v. Bright, 203 N. Y. 73, 96 N. E. 362.

HOUGHTON and BETTS, JJ., concur, on the further ground that the defendant was not proved to have been engaged in a game of chance.

PEOPLE, Respondent, v. SIRK, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Proceeding by the People of the State of New York against Harris Sirk. No opinion. Judgment of conviction unanimously affirmed.

PEOPLE, Respondent, v. SPINELLA, Appellant. (Supreme Court, Appellate Division, First Department. May 3, 1912.) Proceeding by the People of the State of New York against Salvatore Spinella. M. Greenberg, for appellant. A. C. Vandiver, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. SULLIVAN, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Pro-